James J. McComb, Respondent, *v.* The Madrid Apartment
Association et al., Appellants.

James J. McComb, Respondent, *v.* The Cordova Apartment
Association et al., Appellants.

James J. McComb, Respondent, *v.* The Lisbon Apartment,
Association et al., Appellants.

These cases were argued and decided with *McComb* v. *Barcelona Apartment Association et al.* (*ante*, page 598).

---

James Morton, Appellant, *v.* Henry A. Richardson,
Respondent.

(Submitted May 4, 1892 ; decided June 7, 1892.)

Appeal from judgment of the General Term of the Supreme
Court in the second judicial department entered upon an order
made the second Monday of September, 1890, which affirmed
a judgment in favor of defendant entered upon a decision of
the court on trial at Special Term.

*John A. Garver* for appellant.

*Arnold & Greene* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.